UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| Copperwood Capital LLC, | ) Case No. 2:19-cv-20528 |
| Plaintiff, | ) |
| v. | ) |
| Code It, Inc. | ) |
| Defendant. | ) |

_____

### ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CODE IT, INC.

**THIS MATTER** having come before the Court on the application of Plaintiff, Copperwood Capital LLC, for entry if as final judgment by default against Defendant Code It, Inc., and the Court having considered the papers filed in support thereof, and Defendant failing to appear, plead or defend against the Complaint or motion for default judgment, if any; and it appearing that Plaintiff is entitled to a default judgment pursuant to Rule 55(b); and for other good cause shown;

**IT IS ON THIS** 15th day of June 2020, ORDERED:

**FINAL JUDGMENT** is entered in favor of Plaintiff Copperwood Capital LLC, against Defendant Code It, Inc., in the amount of $400,480.00, plus pre-judgment interest in the amount of $10,082.40, for a total judgment amount of $410,562.40, plus costs in the amount of $490, as set forth in the supporting Affidavit of Plaintiff and Certification of Counsel.  Simple post-judgment interest shall accrue at the statutory rate of 4.5% per annum from the date of this Order.

_____
Hon.  Brian R. Martinotti, U.S.D.J.